# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

WILLIAM M. KATZ JR.
DIRECT DIAL: (214) 969-1330
EMAIL: William.Katz@tklaw.com

ONE ARTS PLAZA
1722 ROUTH STREET • SUITE 1500
DALLAS, TEXAS  75201
214.969.1700
FAX 214.969.1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO

ALGIERS
LONDON
MÉXICO CITY
MONTERREY
PARIS

November 3, 2014

**Via e-File and Hand Delivery**

Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    No. 1:14-mc-00174-P1, *Highland Capital Management, L.P. v. United States of America*

Dear Judge McMahon:

      On behalf of Highland Capital Management, L.P., I write respectfully to request an unopposed stay of the Court's Memorandum Decision and Order entered on October 9, 2014 (the "Order"), now that Highland has filed a notice of appeal.

      Because the stay is unopposed and in the interest of efficiency, Highland is submitting its request for a stay of the Order by this letter, rather than by formal motion.  If the Court prefers that Highland file a formal motion, Highland will do so promptly.

      Highland thanks the Court for its consideration of this submission, and if acceptable, requests that the Court stay enforcement of the Order, pending resolution of Highland's appeal, by signing below.

      Very truly yours,

      William M. Katz, Jr.

cc:    Shane Cargo (*via E-mail shane.cargo@usdoj.gov*)

SO ORDERED on November ___, 2014:

_____
United States District Judge